# UNITEL ,TATES DISTRICT CO✓RT
## DISTRICT OF MINNESOTA

Diane T. Reishensperger

v.

Election System & Software, Inc.,

Case No. Civil 00-1415 ADM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment be Granted.

DATE: November 14, 2001

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

40